FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2024 OCT 04 PM 03 21
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**FELONY**

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT AND
THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **24-224** |
| v. | * | SECTION: **SECT. O MAG 3** |
| EARL HENRY, JR.<br>ROY ROBINSON<br>TAMMY THOMPSON | *<br>*<br>* | VIOLATIONS: 21 U.S.C. § 846<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

\* \* \*

The Grand Jury charges that:

## COUNT 1
(Conspiracy to Possess with the Intent to Distribute Methamphetamine)

Beginning at a time unknown and continuing until on or about September 23, 2024, in the Eastern District of Louisiana, the defendants, **EARL HENRY, JR.** and **ROY ROBINSON**, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the grand jury, to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

✓ Fee_____ 116A
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

## COUNT 2
### (Possession with Intent to Distribute Methamphetamine)

On or about September 23, 2024, in the Eastern District of Louisiana, the defendants, **EARL HENRY, JR., ROY ROBINSON,** and **TAMMY THOMPSON,** did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about September 23, 2024, in the Eastern District of Louisiana, the defendant, **ROY ROBINSON,** did knowingly possess a firearm, to wit: a Smith & Wesson 9-millimeter semiautomatic pistol, bearing serial number HNH9601, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to wit: conspiracy to possess with intent to distribute methamphetamine, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about September 23, 2024, in the Eastern District of Louisiana, the defendant, **EARL HENRY, JR.,** did knowingly possess firearms, to wit: a Glock Model 27 .40 caliber semiautomatic pistol, bearing serial number BVVP194, and a Mini Drako AK-47 semiautomatic pistol, bearing serial number PMD-39951, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to wit: conspiracy to possess with intent to distribute methamphetamine, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5
### (Felon in Possession of Firearms)

On or about September 23, 2024, in the Eastern District of Louisiana, the defendant, **EARL HENRY, JR.,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: three separate convictions on March 12, 2020, in the 17th Judicial District Court, Docket Number C-579318 for Possession with Intent to Distribute Methamphetamine, Docket Number C-583099 for Distribution of Methamphetamine, and Docket Number C-573642 for Possession with Intent to Distribute Oxycodone, all in violation of Louisiana Revised Statute 40:967(A), and a conviction on March 28, 2022, in the 23rd Judicial District Court, Docket Number 20-CR-71 for Possession with Intent to Distribute Marijuana, in violation of Louisiana Revised Statute 40:966(A), did knowingly possess firearms, to wit: a Glock Model 27, .40 caliber semiautomatic pistol, bearing serial number BVVP194, and a Mini Drako AK-47 semiautomatic pistol, bearing serial number PMD-39951, said firearms having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 5 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 and 2, the defendants, **EARL HENRY, JR., ROY ROBINSON,** and **TAMMY THOMPSON,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense, including but not limited to the following property:

    Gray 2024 Tesla VIN# 7G2CEHED8RAO25844;

    $16,500 of United States currency;

3. As a result of the offenses alleged in Counts 3, 4, and 5, the defendants, **EARL HENRY, JR.** and **ROY ROBINSON,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

    Smith & Wesson 9-milimeter semiautomatic pistol, bearing serial number HNH9601;

    Glock Model 27 .40 caliber semiautomatic pistol, bearing serial number BVVP194;

    Mini Drako AK-47 semiautomatic pistol, bearing serial number PMD-39951;

4. If any of the above-described property, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

STUART M. THERIOT
Assistant United States Attorney
La. Bar Roll No. 36952
New Orleans, Louisiana
October 4, 2024

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

**EARL HENRY, JR.**
**ROY ROBINSON**
**TAMMY THOMPSON**

## INDICTMENT
### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:** 21 U.S.C. § 846
21 U.S.C. §§ 841(b)(1)(A)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

A true bill.

_____

Filed in open court this _____ day of _____ A.D. 2024.

_____
Clerk

Bail, $ _____

Stuart M. Theriot
Assistant United States Attorney